## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 27th day of December, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

David W. Black, Esquire
*Frank, Weinberg & Black, P.L.*
7805 SW 6th Court
Plantation, FL 33324

_____
Mary E. Augustine (No. 4477)

612509v1